**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1475**

QIU YAN LI; JIN MING CHEN,

              Petitioners,

     v.

WILLIAM P. BARR, U.S. Attorney General,

              Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  January 17, 2020              Decided:  February 18, 2020

Before WYNN, THACKER, and RICHARDSON, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Theodore N. Cox, New York, New York, for Petitioners.  Joseph H. Hunt, Assistant Attorney General, Andrew N. O'Malley, Senior Litigation Counsel, Surell Brady, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Qiu Yan Li and her daughter, Jin Ming Chen (collectively "Petitioners"), natives and citizens of the People's Republic of China, petition for review of an order of the Board of Immigration Appeals (Board) denying their motion to reopen.

On appeal, Petitioners challenge the agency's refusal to exercise its sua sponte authority to reopen their proceedings. We generally lack jurisdiction to review how the agency exercises its sua sponte discretion. *See Lawrence v. Lynch,* 826 F.3d 198, 206 (4th Cir. 2016); *Mosere v. Mukasey,* 552 F.3d 397, 400-01 (4th Cir. 2009). Even assuming we may review the Board's exercise of sua sponte discretion when it is based on a faulty legal premise, *see Lawrence*, 826 F.3d at 207 n.5, or violates the Board's "general policy" restricting its own discretion, *see Sang Goo Park v. Attorney Gen.*, 846 F.3d 645, 652-56 (3d Cir. 2017), Petitioners have failed to establish that either potential exception would apply here.

Accordingly, we dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*